# United States Bankruptcy Court
## Western District of Pennsylvania

In re __Belinda J Smetana__                                              Case No. __18-20654__
                    Debtor(s)                                            Chapter  __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Belinda J Smetana__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- [x] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __March 17, 2018__         Signature __/s/ Belinda J Smetana__
                                          Belinda J Smetana
                                          Debtor

| The Heritage Shadyside<br>200 Lothrop Street<br>Pittsburgh, PA 15213 | | Pay Begin Date: 01/21/2018<br>Pay End Date: 02/03/2018 | Advice #: 000000019781567<br>Advice Date: 02/09/2018 | |
|---|---|---|---|---|

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Belinda Jo Smetana**<br>418 Atlantic Ave<br>McKeesport, PA 15132 | Employee ID:<br>Department:<br>Job Title:<br>Pay Rate: | 00112748<br>44054-HERTG-Nursing Administ<br>RNAC, SN<br>$33.12 Exempt/No Overtime | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>30.00 | N/A<br>0 |

## HOURS AND EARNINGS

| | Current | | YTD | |
|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Day Regular | 72.00 | 2,384.64 | 192.00 | 6,305.28 |
| PTO Sick Time | 8.00 | 264.96 | 16.00 | 520.96 |
| Holiday Off | | 0.00 | 24.00 | 776.96 |
| PTO Donation - United Way | | 0.00 | 1.00 | 32.00 |
| Scheduled PTO | | 0.00 | 8.00 | 256.00 |
| **TOTAL:** | **80.00** | **2,649.60** | **241.00** | **7,891.20** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 394.55 | 1,319.61 |
| Fed MED/EE | 36.38 | 108.13 |
| Fed OASDI/EE | 155.58 | 462.37 |
| PA Unempl EE | 1.59 | 4.73 |
| PA Withholdng | 76.65 | 228.18 |
| MCKEESPORT / PITTSBURGH Withholdng | 42.44 | 126.34 |
| PA PITTSBURGH LS Tax | 2.00 | 6.00 |
| **TOTAL:** | **709.19** | **2,255.36** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Advantage Gold EPO 90/10 | 107.54 | 322.62 |
| HPL Standard Dental PPO | 3.69 | 11.07 |
| Supplemental AD&D | 3.23 | 9.69 |
| FSA Health | 38.46 | 115.38 |
| **TOTAL:** | **152.92** | **458.76** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AFLAC Critical Illness | 47.73 | 143.19 |
| AFLAC Personal STD | 22.68 | 68.04 |
| United Way PTO Sell | 0.00 | 32.00 |
| **TOTAL:** | **70.41** | **243.23** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance* | 12.54 | 25.08 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,649.60 | 2,509.22 | 709.19 | 223.33 | 1,717.08 |
| YTD | 7,891.20 | 7,457.52 | 2,255.36 | 701.99 | 4,933.85 |

## LEAVE BALANCES

| | |
|---|---|
| PTO | 96.18 |
| EIB | 0.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000019781567 | Checking | XXXXXX4662 | 1,717.08 |
| **TOTAL:** | | | **1,717.08** |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| DESCRIPTION | HOURS | YTD HOURS |
| | 0.00 | 0.00 |

**MESSAGE:**

| | | |
|---|---|---|
| The Heritage Shadyside<br>200 Lothrop Street<br>Pittsburgh PA 15213 | Pay Begin Date: 02/04/2018<br>Pay End Date: 02/17/2018 | Check #: 000000000514220<br>Check Date: 02/23/2018 |

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Belinda Jo Smetana<br>418 Atlantic Ave<br>McKeesport PA 15132 | Employee ID: 00112748<br>Department: Job 44054-HERTG-Nursing Administ<br>Title: RNAC, SN<br>Pay Rate: $33.12 Exempt/No Overtime | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>30.00 | N/A<br>0 |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Day Regular | 80.00 | 2,649.60 | 272.00 | 8,954.88 | Fed Withholdng | 356.81 | 1,676.42 |
| Holiday Off | | 0.00 | 24.00 | 776.96 | Fed MED/EE | 36.21 | 144.34 |
| PTO Sick Time | | 0.00 | 16.00 | 520.96 | Fed OASDI/EE | 154.79 | 617.16 |
| PTO Donation - United Way | | 0.00 | 1.00 | 32.00 | PA Unempl EE | 1.59 | 6.32 |
| Scheduled PTO | | 0.00 | 8.00 | 256.00 | PA Withholdng | 76.65 | 304.83 |
| | | | | | MCKEESPORT / PITTSBURGH Withholdng | 42.44 | 168.78 |
| | | | | | PA PITTSBURGH LS Tax | 2.00 | 8.00 |
| TOTAL: | 80.00 | 2,649.60 | 321.00 | 10,540.80 | TOTAL: | 670.49 | 2,925.85 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Advantage Gold EPO 90/10 | 107.54 | 430.16 | AFLAC Critical Illness | 47.73 | 190.92 | UPMC Savings Plan | 79.49 | 79.49 |
| HPL Standard Dental PPO | 3.69 | 14.76 | AFLAC Personal STD | 22.68 | 90.72 | Basic Life Insurance* | 0.00 | 25.08 |
| Supplemental AD&D | 3.23 | 12.92 | United Way PTO Sell | 0.00 | 32.00 | | | |
| UPMC Savings Plan | 158.98 | 158.98 | | | | | | |
| FSA Health | 38.46 | 153.84 | | | | | | |
| TOTAL: | 311.90 | 770.66 | TOTAL: | 70.41 | 313.64 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,649.60 | 2,337.70 | 670.49 | 382.31 | 1,596.80 |
| YTD | 10,540.80 | 9,795.22 | 2,925.85 | 1,084.30 | 6,530.65 |

| LEAVE BALANCES | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| PTO | 104.69 | Payment Type | Account Type | Account Number | Amount |
| EIB | 0.00 | Check #000000000514220 | Issue Chk | | 1,596.80 |
| | | TOTAL: | | | 1,596.80 |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| DESCRIPTION | HOURS | YTD HOURS |
| | 0.00 | 0.00 |

MESSAGE:

| The Heritage Shadyside<br>200 Lothrop Street<br>Pittsburgh, PA 15213 | | Pay Begin Date:<br>Pay End Date: | 01/21/2018<br>02/03/2018 | Advice #:<br>Advice Date: | 000000019781567<br>02/09/2018 | |
|---|---|---|---|---|---|---|
| | | | | **TAX DATA:** | **Federal** | **PA State** |
| Belinda Jo Smetana<br>418 Atlantic Ave<br>McKeesport, PA 15132 | | Employee ID:<br>Department:<br>Job Title:<br>Pay Rate: | 00112748<br>44054-HERTG-Nursing Administ<br>RNAC, SN<br>$33.12 Exempt/No Overtime | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>30.00 | N/A<br>0 |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Day Regular | 72.00 | 2,384.64 | 192.00 | 6,305.28 | Fed Withholdng | 394.55 | 1,319.61 |
| PTO Sick Time | 8.00 | 264.96 | 16.00 | 520.96 | Fed MED/EE | 36.38 | 108.13 |
| Holiday Off | | 0.00 | 24.00 | 776.96 | Fed OASDI/EE | 155.58 | 462.37 |
| PTO Donation - United Way | | 0.00 | 1.00 | 32.00 | PA Unempl EE | 1.59 | 4.73 |
| Scheduled PTO | | 0.00 | 8.00 | 256.00 | PA Withholdng | 76.65 | 228.18 |
| | | | | | MCKEESPORT /<br>PITTSBURGH Withholdng | 42.44 | 126.34 |
| | | | | | PA PITTSBURGH LS Tax | 2.00 | 6.00 |
| **TOTAL:** | **80.00** | **2,649.60** | **241.00** | **7,891.20** | **TOTAL:** | **709.19** | **2,255.36** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Advantage Gold EPO 90/10 | 107.54 | 322.62 | AFLAC Critical Illness | 47.73 | 143.19 | Basic Life Insurance* | 12.54 | 25.08 |
| HPL Standard Dental PPO | 3.69 | 11.07 | AFLAC Personal STD | 22.68 | 68.04 | | | |
| Supplemental AD&D | 3.23 | 9.69 | United Way PTO Sell | 0.00 | 32.00 | | | |
| FSA Health | 38.46 | 115.38 | | | | | | |
| **TOTAL:** | **152.92** | **458.76** | **TOTAL:** | **70.41** | **243.23** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,649.60 | 2,509.22 | 709.19 | 223.33 | 1,717.08 |
| YTD | 7,891.20 | 7,457.52 | 2,255.36 | 701.99 | 4,933.85 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| PTO | | 96.18 | | **Account Type** | **Account Number** | **Deposit Amount** |
| EIB | | 0.00 | Advice #000000019781567 | Checking | XXXXXX4662 | 1,717.08 |
| | | | **TOTAL:** | | | 1,717.08 |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| **DESCRIPTION** | **HOURS** | **YTD HOURS** |
| | 0.00 | 0.00 |

MESSAGE:

| The Heritage Shadyside<br>200 Lothrop Street<br>Pittsburgh, PA 15213 | Pay Begin Date: 01/07/2018<br>Pay End Date: 01/20/2018 | Advice #: 000000019714136<br>Advice Date: 01/26/2018 | |
|---|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Belinda Jo Smetana<br>418 Atlantic Ave<br>McKeesport, PA 15132 | Employee ID: 00112748<br>Department: 44054-HERTG-Nursing Administ<br>Job Title: RNAC, SN<br>Pay Rate: $33.12 Exempt/No Overtime | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>30.00 | N/A<br>0 |

### HOURS AND EARNINGS

| | Current | | YTD | |
|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Day Regular | 72.00 | 2,384.64 | 120.00 | 3,920.64 |
| Holiday Off | 8.00 | 264.96 | 24.00 | 776.96 |
| PTO Sick Time | | 0.00 | 8.00 | 256.00 |
| PTO Donation - United Way | | 0.00 | 1.00 | 32.00 |
| Scheduled PTO | | 0.00 | 8.00 | 256.00 |
| TOTAL: | 80.00 | 2,649.60 | 161.00 | 5,241.60 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 468.16 | 925.06 |
| Fed MED/EE | 36.20 | 71.75 |
| Fed OASDI/EE | 154.79 | 306.79 |
| PA Unempl EE | 1.58 | 3.14 |
| PA Withholdng | 76.65 | 151.53 |
| MCKEESPORT / PITTSBURGH Withholdng | 42.44 | 83.90 |
| PA PITTSBURGH LS Tax | 2.00 | 4.00 |
| TOTAL: | 781.82 | 1,546.17 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Advantage Gold EPO 90/10 | 107.54 | 215.08 |
| HPL Standard Dental PPO | 3.69 | 7.38 |
| Supplemental AD&D | 3.23 | 6.46 |
| FSA Health | 38.46 | 76.92 |
| TOTAL: | 152.92 | 305.84 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AFLAC Critical Illness | 47.73 | 95.46 |
| AFLAC Personal STD | 22.68 | 45.36 |
| United Way PTO Sell | 0.00 | 32.00 |
| TOTAL: | 70.41 | 172.82 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance* | 0.00 | 12.54 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,649.60 | 2,496.68 | 781.82 | 223.33 | 1,644.45 |
| YTD | 5,241.60 | 4,948.30 | 1,546.17 | 478.66 | 3,216.77 |

### LEAVE BALANCES

| | |
|---|---|
| PTO | 95.68 |
| EIB | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000019714136 | Checking | XXXXXX4662 | 1,644.45 |
| TOTAL: | | | 1,644.45 |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| DESCRIPTION | HOURS | YTD HOURS |
| | 0.00 | 0.00 |

MESSAGE: