**Form 235**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

28 – 16
dbas

In re:

**Belinda J Smetana**
  Debtor(s)

: Bankruptcy Case No.: 18−20654−GLT
:
: Chapter: 13
: Issued per the September 13, 2018 Proceeding

### ORDER OF COURT CONFIRMING PLAN
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* **PLAN CONFIRMATION:**

   IT IS HEREBY ORDERED that the Plan dated March 17, 2018 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)* **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 17, 2018
cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                         Case No. 18-20654-GLT
Belinda J Smetana                                              Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas              Page 1 of 2          Date Rcvd: Sep 17, 2018
                              Form ID: 235            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db             +Belinda J Smetana,    418 Atlantic Ave,    McKeesport, PA 15132-3706
14793850        Allegheny General Hospital,    428 East Avenue,    Pittsburgh, PA 15212
14778677      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,     Po Box 982238,    El Paso, TX 79998)
14793856       +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
14778682       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14778684       +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
14778687       +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
14861206       +DL Investment SARL Compartment Moonstone1,     Upstart Loan Operations,
                 2 Circle Star Way; Second Floor,    San Carlos, CA 94070-6200
14818635        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL   60197-5008
14778693       +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
14778697       +Nationstar/mr. Cooper,    350 Highland Dr,   Lewisville, TX 75067-4177
14815800       +Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, TX 75063-6046
14793867       #+Paypal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
14778699       +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14778700       +Prsm/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14778703       +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14793873        UPMC,   PO Box 371842,    Pittsburgh, PA 15250-7842
14778704       +Upstart Network Inc.,    Po Box 61203,   Palo Alto, CA 94306-6203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14778675        Fax: 800-813-8164 Sep 18 2018 02:36:14     21st Mortgage Corp,    620 Market St Ste 100,
                 Knoxville, TN 37902
14778676       +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2018 02:22:23      Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
14778680        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2018 02:38:25      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14778679       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2018 02:37:29      Cap1/ymaha,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14778681       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2018 02:37:29      Capital One,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
14778688       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2018 02:22:37      Comenity Bank/fashbug,
                 Po Box 182789,   Columbus, OH 43218-2789
14778690       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2018 02:22:37      Comenity Bank/lnbryant,
                 Po Box 182789,   Columbus, OH 43218-2789
14782394        E-mail/Text: mrdiscen@discover.com Sep 18 2018 02:22:23      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
14778692       +E-mail/Text: mrdiscen@discover.com Sep 18 2018 02:22:23      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
14821259       +E-mail/Text: kburkley@bernsteinlaw.com Sep 18 2018 02:23:25      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14821420        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2018 02:37:40
                 LVNV Funding, LLC its successors and assigns as,      assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14778694       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2018 02:22:37      Lane Bryant Retail/soa,
                 450 Winks Ln,   Bensalem, PA 19020-5932
14778695       +E-mail/Text: bk@lendingclub.com Sep 18 2018 02:23:14      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14824339        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 02:36:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14779422       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 02:37:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14778698       +E-mail/Text: bankruptcy@loanpacific.com Sep 18 2018 02:23:29      Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14793866       +E-mail/Text: bankruptcy@loanpacific.com Sep 18 2018 02:23:29      Pacific Union Financial,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14809725        E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2018 02:22:43
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14778701       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 02:36:39      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14778702       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 02:38:26      Syncb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                                TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             Pacific Union Financial, LLC
14778678       Cap1/bstby
```

```
District/off: 0315-2           User: dbas                   Page 2 of 2                   Date Rcvd: Sep 17, 2018
                               Form ID: 235                 Total Noticed: 38

cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14793849*     ++21ST MORTGAGE CORPORATION,   PO BOX 477,   KNOXVILLE TN 37901-0477
               (address filed with court: 21st Mortgage Corp,   620 Market St Ste 100,   Knoxville, TN 37902)
14793851*      +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
14793852*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bankamerica,   Po Box 982238,   El Paso, TX 79998)
14793854*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
14793853*      +Cap1/ymaha,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
14793855*      +Capital One,   Po Box 30253,   Salt Lake City, UT 84130-0253
14778683*      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14793857*      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14778685*      +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
14778686*      +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
14793858*      +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
14793859*      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
14778689*      +Comenity Bank/fashbug,   Po Box 182789,   Columbus, OH 43218-2789
14793860*      +Comenity Bank/fashbug,   Po Box 182789,   Columbus, OH 43218-2789
14778691*      +Comenity Bank/lnbryant,   Po Box 182789,   Columbus, OH 43218-2789
14793861*      +Comenity Bank/lnbryant,   Po Box 182789,   Columbus, OH 43218-2789
14793862*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
14793863*      +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
14778696*      +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14793864*      +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14793865*      +Nationstar/mr. Cooper,   350 Highland Dr,   Lewisville, TX 75067-4177
14793868*      +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
14793869*      +Prsm/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14793870*      +Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14793871*      +Syncb/sams Club,   Po Box 965005,   Orlando, FL 32896-5005
14793872*      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14793874*      +Upstart Network Inc.,   Po Box 61203,   Palo Alto, CA 94306-6203
                                                                                              TOTALS: 3, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Debtor Belinda J Smetana ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```