**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BELINDA J SMETANA | Case No. 18-20654GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>DISCOVER BANK(*) | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> IT IS UNCLEAR WHAT IS STILL DUE ON THE PROOF OF CLAIM. THE CREDITOR ISSUED NOTICE OF REFUND DUE TO DEBTOR BUT HAS NEITHER REFUNDED FUNDS THROUGH TRUSTEE, WITHDRAWN ITS CLAIM, NOR REDUCED ITS CLAIM BY AMENDMENT.

| | |
|---|---|
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Court claim# 1/Trustee CID# 21 |

The Movant further certifies that on 04/17/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>BELINDA J SMETANA, 418 ATLANTIC AVE, MCKEESPORT, PA  15132 | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235 |
|---|---|
| ORIGINAL CREDITOR:<br>DISCOVER BANK(*), C/O DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH  43054-3025<br><br>NEW CREDITOR: | |