Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Belinda J Smetana** | : | Case No. 18−20654−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 44 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 2/10/21 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 25th of November, 2020,* a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 44 by the Chapter 13 Trustee,

     It is hereby *ORDERED, ADJUDGED and DECREED* that:

     (1)  *On or before January 11, 2021,* any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *February 10, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 18-20654-GLT

Belinda J Smetana                                                                Chapter 13

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: jhel                                              Page 1 of 4
Date Rcvd: Nov 25, 2020                  Form ID: 604                                       Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol     Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##               Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
                 the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
                 undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda J Smetana, 418 Atlantic Ave, McKeesport, PA 15132-3706 |
| 14793850 | | Allegheny General Hospital, 428 East Avenue, Pittsburgh, PA 15212 |
| 14778677 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 14793856 | + | Capital One - Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14778684 | + | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14778687 | + | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14861206 | + | DL Investment SARL Compartment Moonstone1, Upstart Loan Operations, 2 Circle Star Way; Second Floor, San Carlos, CA 94070-6200 |
| 14778693 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15027805 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14778697 | + | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14778699 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14778698 | + | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14793866 | + | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14778700 | + | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14778703 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793873 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 14778704 | + | Upstart Network Inc., Po Box 61203, Palo Alto, CA 94306-6203 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14778675 | | Email/Text: ebn@21stmortgage.com | Nov 26 2020 03:44:00 | 21st Mortgage Corp, 620 Market St Ste 100, Knoxville, TN 37902 |
| 14778676 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2020 03:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14778680 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:34:21 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14778679 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:34:21 | Cap1/ymaha, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14778681 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:33:53 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14778688 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2020 03:42:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14778690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2020 03:42:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |

| 14818635 | | Email/Text: G06041@att.com | | |
|---|---|---|---|---|
| | | | Nov 26 2020 03:44:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14782394 | | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 26 2020 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14778692 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 26 2020 03:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14821259 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14778682 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Nov 26 2020 03:33:33 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14821420 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 26 2020 03:35:26 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Nov 26 2020 03:42:00 | Lane Bryant Retail/soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 14778695 | + | Email/Text: bk@lendingclub.com | | |
| | | | Nov 26 2020 03:44:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14778699 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 26 2020 03:28:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14824339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 26 2020 03:37:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14779422 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 26 2020 03:37:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793867 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 26 2020 03:33:30 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14809725 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 26 2020 03:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778701 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 26 2020 03:35:12 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14778702 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 26 2020 03:33:30 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14778678 | | Cap1/bstby |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793849 | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corp, 620 Market St Ste 100, Knoxville, TN 37902 |
| 14793851 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14793852 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 14793854 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14793853 | *+ | Cap1/ymaha, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14793855 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14778685 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |

| | | |
|---|---|---|
| 14778686 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14793858 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14793859 | *+ | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14778689 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14793860 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14778691 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14793861 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14793863 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14793862 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14778683 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14793857 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14778696 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14793864 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14793865 | *+ | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14793868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, Pa 15222 |
| 14793869 | *+ | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793870 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14793871 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14793872 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793874 | *+ | Upstart Network Inc., Po Box 61203, Palo Alto, CA 94306-6203 |
| 14815800 | ##+ | Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046 |

TOTAL: 3 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Lawrence W. Willis | on behalf of Debtor Belinda J Smetana ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 8