**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BELINDA J SMETANA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:18-20654<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 24, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/22/2018 and confirmed on 4/20/18. The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,255.00 |
| Less Refunds to Debtor | 417.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,837.45 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 3,254.12 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,254.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3114 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR | 0.00 | 11,526.17 | 0.00 | 11,526.17 |
|     Acct: 6594 | | | | |
| | | | | 11,526.17 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BELINDA J SMETANA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BELINDA J SMETANA | 417.55 | 417.55 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   21ST MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4265 | | | | |
|   ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7961 | | | | |
|   BANK OF AMERICA NA** (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0855 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0515 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8420 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9872 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0053 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6119 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 5,954.18 | 5,954.18 | 0.00 | 5,954.18 |
| Acct: 9449 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,975.50 | 2,975.50 | 0.00 | 2,975.50 |
| Acct: 3026 | | | | |
|   CITIMORTGAGE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9580 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4285 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1508 | | | | |
|   DISCOVER BANK(*) | 16,350.31 | 16,350.31 | 0.00 | 16,350.31 |
| Acct: 6119 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2710 | | | | |
|   LENDING CLUB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3329 | | | | |
|   PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5417 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4991 | | | | |
|   CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5532 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FI | 504.92 | 504.92 | 0.00 | 504.92 |
| Acct: 9538 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FI | 3,935.00 | 3,935.00 | 0.00 | 3,935.00 |
| Acct: 4426 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,889.70 | 1,889.70 | 0.00 | 1,889.70 |
| Acct: 4654 | | | | |
|   UPMC HEALTH PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DL INVESTMENT SARL COMPARTMENT N | 10,593.19 | 10,593.19 | 0.00 | 10,593.19 |
| Acct: 0307 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 663.96 | 663.96 | 0.00 | 663.96 |
| Acct: 1530 | | | | |
|   DUQUESNE LIGHT COMPANY* | 91.15 | 91.15 | 0.00 | 91.15 |
| Acct: 2713 | | | | |
|   DUQUESNE LIGHT COMPANY* | 99.25 | 99.25 | 0.00 | 99.25 |
| Acct: 8372 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9538 | | | | |
|   ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 43,057.16 |

TOTAL PAID TO CREDITORS                                                                                              54,583.33

```
TOTAL CLAIMED
    PRIORITY              0.00
    SECURED               0.00
    UNSECURED        43,057.16
```

Date: 11/24/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BELINDA J SMETANA

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:18-20654

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Belinda J Smetana  
    Debtor(s)

Case No. 18-20654-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 4  
Date Rcvd: Nov 25, 2020      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda J Smetana, 418 Atlantic Ave, McKeesport, PA 15132-3706 |
| 14793850 | | Allegheny General Hospital, 428 East Avenue, Pittsburgh, PA 15212 |
| 14778677 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 14793856 | + | Capital One - Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14778684 | + | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14778687 | + | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14861206 | + | DL Investment SARL Compartment Moonstone1, Upstart Loan Operations, 2 Circle Star Way; Second Floor, San Carlos, CA 94070-6200 |
| 14778693 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15027805 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14778697 | + | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14778699 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14778698 | + | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14793866 | + | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14778700 | + | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14778703 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793873 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 14778704 | + | Upstart Network Inc., Po Box 61203, Palo Alto, CA 94306-6203 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14778675 | | Email/Text: ebn@21stmortgage.com | Nov 26 2020 03:44:00 | 21st Mortgage Corp, 620 Market St Ste 100, Knoxville, TN 37902 |
| 14778676 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2020 03:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14778680 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:37:18 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14778679 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:37:18 | Cap1/ymaha, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14778681 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:37:47 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14778688 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2020 03:42:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14778690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2020 03:42:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14818635 | | Email/Text: G06041@att.com | Nov 26 2020 03:44:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14782394 | | Email/Text: mrdiscen@discover.com | Nov 26 2020 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14778692 | + | Email/Text: mrdiscen@discover.com | Nov 26 2020 03:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14821259 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14778682 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 26 2020 03:33:33 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14821420 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2020 03:35:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2020 03:42:00 | Lane Bryant Retail/soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 14778695 | + | Email/Text: bk@lendingclub.com | Nov 26 2020 03:44:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14778699 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 26 2020 03:28:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14824339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2020 03:37:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14779422 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2020 03:35:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793867 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:54 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14809725 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2020 03:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778701 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:36:54 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14778702 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2020 03:33:30 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14778678 | | Cap1/bstby |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793849 | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corp, 620 Market St Ste 100, Knoxville, TN 37902 |
| 14793851 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14793852 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 14793854 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14793853 | *+ | Cap1/ymaha, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14793855 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14778685 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |

Case 18-20654-GLT    Doc 51    Filed 11/27/20    Entered 11/28/20 00:36:48    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| 14778686 | *+ | | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14793858 | *+ | | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14793859 | *+ | | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14778689 | *+ | | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14793860 | *+ | | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14778691 | *+ | | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14793861 | *+ | | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14793863 | *P++ | | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14793862 | *+ | | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14778683 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14793857 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14778696 | *+ | | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14793864 | *+ | | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14793865 | *+ | | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14793868 | *P++ | | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14793869 | *+ | | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793870 | *+ | | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14793871 | *+ | | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14793872 | *+ | | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793874 | *+ | | Upstart Network Inc., Po Box 61203, Palo Alto, CA 94306-6203 |
| 14815800 | ##+ | | Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046 |

TOTAL: 3 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

**Name**             **Email Address**

Brian Nicholas
                     on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com

Brian Nicholas
                     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Keri P. Ebeck
                     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Kevin Scott Frankel
                     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com

Kristen D. Little
                     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com   klittle@logs.com;logsecf@logs.com

Lawrence W. Willis
                     on behalf of Debtor Belinda J Smetana ecf@westernpabankruptcy.com
                     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

District/off: 0315-2 | User: jhel | Page 4 of 4
Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 38

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8