**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Belinda J Smetana** | Social Security number or ITIN    xxx–xx–0307 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–20654–GLT**

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Belinda J Smetana

<u>1/21/21</u>

**By the court:**   <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Belinda J Smetana  
    Debtor

Case No. 18-20654-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 4  
Date Rcvd: Jan 21, 2021      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda J Smetana, 418 Atlantic Ave, McKeesport, PA 15132-3706 |
| 14793850 | | Allegheny General Hospital, 428 East Avenue, Pittsburgh, PA 15212 |
| 14793856 | + | Capital One - Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14861206 | + | DL Investment SARL Compartment Moonstone1, Upstart Loan Operations, 2 Circle Star Way; Second Floor, San Carlos, CA 94070-6200 |
| 15027805 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14778697 | + | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14778698 | + | Pacific Union Financia, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14793866 | + | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14778700 | + | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793873 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 14778704 | + | Upstart Network Inc., Po Box 61203, Palo Alto, CA 94306-6203 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | EDI: PENNDEPTREV | | Jan 22 2021 05:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Jan 22 2021 03:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | | Jan 22 2021 05:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Jan 22 2021 03:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14778675 | Email/Text: ebn@21stmortgage.com | | Jan 22 2021 03:47:00 | 21st Mortgage Corp, 620 Market St Ste 100, Knoxville, TN 37902 |
| 14778676 | EDI: GMACFS.COM | + | Jan 22 2021 05:53:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14778677 | EDI: BANKAMER.COM | | Jan 22 2021 05:53:00 | Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 14778680 | EDI: CAPITALONE.COM | | Jan 22 2021 05:53:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14778679 | EDI: CAPITALONE.COM | + | Jan 22 2021 05:53:00 | Cap1/ymaha, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 14778681 | + | EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14778684 | + | EDI: CITICORP.COM | Jan 22 2021 05:53:00 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14778687 | + | EDI: CITICORP.COM | Jan 22 2021 05:53:00 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14778688 | + | EDI: WFNNB.COM | Jan 22 2021 05:53:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14778690 | + | EDI: WFNNB.COM | Jan 22 2021 05:53:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14778693 | | EDI: CITICORP.COM | Jan 22 2021 05:53:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14818635 | | EDI: DIRECTV.COM | Jan 22 2021 05:53:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14782394 | | EDI: DISCOVER.COM | Jan 22 2021 05:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14778692 | + | EDI: DISCOVER.COM | Jan 22 2021 05:53:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14821259 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 22 2021 03:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14778682 | | EDI: JPMORGANCHASE | Jan 22 2021 05:53:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14821420 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 03:51:31 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14778694 | + | EDI: WFNNB.COM | Jan 22 2021 05:53:00 | Lane Bryant Retail/soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 14778695 | + | Email/Text: bk@lendingclub.com | Jan 22 2021 03:47:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14778699 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 22 2021 03:46:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14824339 | | EDI: PRA.COM | Jan 22 2021 05:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14779422 | + | EDI: PRA.COM | Jan 22 2021 05:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793867 | + | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14809725 | | EDI: Q3G.COM | Jan 22 2021 05:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778701 | + | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14778702 | + | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14778703 | + | EDI: CITICORP.COM | Jan 22 2021 05:53:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 3 of 4 |
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 40 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| 14778678 | | Cap1/bstby |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14793849 | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corp, 620 Market St Ste 100, Knoxville, TN 37902 |
| 14793851 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14793852 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 14793854 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14793853 | *+ | Cap1/yamaha, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14793855 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14778685 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14778686 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14793858 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14793859 | *+ | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 14778689 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14793860 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 14778691 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14793861 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14793863 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14793862 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14778683 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14793857 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14778696 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14793864 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14793865 | *+ | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14793868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14793869 | *+ | Prsm/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793870 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14793871 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14793872 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14793874 | *+ | Upstart Network Inc., Po Box 61203, Palo Alto, CA 94306-6203 |
| 14815800 | ##+ | Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, TX 75063-6046 |

TOTAL: 3 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021                   Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 4 of 4 |
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 40 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Lawrence W. Willis | on behalf of Debtor Belinda J Smetana ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8